IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                              CRIMINAL NO. 2:19-cr-39-KS-MTP

DEVON WARE

## ORDER

THIS CAUSE IS BEFORE THE COURT on Motion [25] to Compel Disclosure of the Identity of the Confidential Source. The Court directs the Government to respond to this Motion on or before March 30, 2020, and the Court directs that should the Movant wish to file a reply that same should be filed on or before April 1, 2020. The Court will conduct a hearing, if necessary, on the same day as the Pretrial Conference which is April 2, 2020.

      SO ORDERED this the __23rd____ day of March, 2020.


                                                  ___s/Keith Starrett_____
                                                  UNITED STATES DISTRICT JUDGE